# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JULIA L. MUSALL,<br>        Appellant,<br>vs.<br>ROBERT BALKENBUSH; AND<br>THORNDAL, ARMSTRONG, DELK,<br>BALKENSBUSH & EISINGER, A<br>PROFESSIONAL CORPORATION,<br>        Respondents. | No. 72914 |

FILED

MAY 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it appears that it was filed after the timely filing of a tolling motion for reconsideration under NRAP 4(a)(2) and before the tolling motion was formally resolved. A timely tolling motion terminates the thirty-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(2). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.                    _____, J.
Parraguirre                              Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-16843

cc: Hon. Kimberly A. Wanker, District Judge
Julia L. Musall
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Nye County Clerk